```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
CARLOS R. ROSA,                                                     :
                                                                    :
                                        Plaintiff,                  :    1:24-cv-119-GHW
                                                                    :
                    -v -                                            :         ORDER
                                                                    :
PARK AVENUE SOUTH MANAGEMENT LLC,                                   :
*et al.*,                                                           :
                                                                    :
                                        Defendants.                 :
                                                                    :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 11, 2024, Plaintiff submitted a notice of voluntary dismissal, seeking to dismiss this action against Defendant Tri-Star Equities, Inc. without prejudice under 41(a)(1)(A)(i). Dkt. No. 14. In *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022), the Second Circuit concluded that the Court must evaluate voluntary dismissals of FLSA claims without prejudice under Rule 41(a)(1)(A) to ensure that they do not obscure a settlement. As a result, the Court cannot endorse Plaintiff's stipulation of dismissal in its current form without conducting appropriate diligence as mandated by the Second Circuit. The Court will accept a stipulation of dismissal under Rule 41(a)(1)(A)(i) so long as the plaintiff certifies that there has been no settlement of FLSA claims. Counsel are directed to review the Second Circuit's opinion in *Thunder Lube* and to submit a sworn affidavit in support of the stipulation no later than January 17, 2024.

SO ORDERED.

Dated: January 12, 2024
       New York, New York
                                                              _____
                                                                      GREGORY H. WOODS
                                                                    United States District Judge