USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARLOS R. ROSA,                                          :
                                                         :
                               Plaintiff,   :
                                                         :          1:24-cv-119-GHW
            -against-                      :
                                                         :              ORDER
PARK AVENUE SOUTH MANAGEMENT, LLC,:
*et al.*,                                                :
                                                         :
                            Defendants.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On January 11, 2024, Plaintiff filed a notice of voluntary dismissal under 41(a)(1)(A)(i), seeking to dismiss this action against Defendant Tri-Star Equities, Inc.  On January 12, 2024, the Court ordered counsel for Plaintiff to submit a sworn affidavit in support of the stipulation pursuant to the Second Circuit's decision in *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022) no later than January 17, 2024.  The Court has not received that submission.  Accordingly, counsel for Plaintiff is directed to comply with the Court's January 12, 2024 order forthwith, and in no event later than January 23, 2024.

      SO ORDERED.

Dated:  January 18, 2024
New York, New York
                                              _____
                                                   GREGORY H. WOODS
                                               United States District Judge